# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Darryl Patterson,

    Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                      3:07cv446

United States of America,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 2/29/08 Order.

                                                         Signed: March 3, 2008

                                                         Frank G. Johns, Clerk
                                                         United States District Court